UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6998

RONALD JOSEPH HAMILTON,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE DRUG
ENFORCEMENT AGENCY,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(1:06-cv-00991-BEC)

Submitted:  November 15, 2007      Decided:  November 26, 2007

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Joseph Hamilton, Appellant Pro Se. Richard Charles Kay,
OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Joseph Hamilton appeals the district court's orders denying his motions for return of property and reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hamilton v. DEA</u>, No. 1:06-cv-00991-BEC (D. Md. filed May 29, 2007 & entered May 30, 2007; filed June 21, 2007 & entered June 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>